UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUOLIANG LIU, ZHANGSHENG GU, JIAN LI, CHANGYING ZOU, *on behalf of all other persons similarly situated*, *and* RUN HUA HOU,

    Plaintiffs,

-against-

J.R.H. RESTAURANT GROUP, INC., D/B/A KUMO SUSHI, JIMMY'S SUSHI BUFFET, INC., *d/b/a* KIKOO SUSHI, LINDSEY BUFFET RESTAURANT, INC., *d/b/a* KUMO SUSHI, JIMMY CHEN, YUN LIN CHEN, HUI ZHAO, QUEENIE CHEN, JANE DOE, *and* VERA CHEN,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: Jan. 24, 2020

**ORDER**

16 Civ. 6219 (ER)

Ramos, D.J.:

    This is a collective action under the Fair Labor Standards Act ("FLSA") in which Defendants have consented to conditional certification. Doc. 43. Plaintiffs' motion to conditionally certify a collective action is GRANTED in its entirety. The Clerk of the Court is respectfully directed to terminate the motion, Doc. 39.

    It is SO ORDERED.

Dated:    January 24, 2020
           New York, New York

                                                             Edgardo Ramos, U.S.D.J.