**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

GUOLIANG LIU,
ZHANSHENG GU,
JIAN LI, and
CHANGYING ZOU
*on behalf of themselves and others similarly situated*,

                        Plaintiffs,

                v.

J.R.H. RESTAURANT GROUP, INC.
     d/b/a Kumo Sushi;
JIMMY'S SUSHI BUFFET INC.
     d/b/a Kikoo Sushi;
LINDSEY BUFFET RESTAURANT, INC.
     d/b/a Kumo Sushi;
JIMMY CHEN, YUN LIN CHEN, HUI ZHAO,
QUEENIE CHEN, "JANE DOE", and
VERA CHEN,

                        Defendants.

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 3, 2020

**Case No. 16-cv-6219**

Order

     THIS CASE came before the Court on the motion to withdraw as counsel of record ("Motion") filed by Mr. Joseph LaCome. The Court having reviewed the motion, together with the court file; and ORDERS as follow:

1. Mr. Joseph LaCome's Motion is GRANTED.

2. Defendants shall have 14 days from the date of this order to retain new counsel or advise the Court whether they will proceeding *pro se*.

3. Corporate Defendants shall be cautioned that a corporate entity may not proceed without an attorney in an action before this Court. Accordingly, if, within 14 days from the date of this order, no new attorney has filed a notice of appearance for the Corporate Defendants, J.R.H. RESTAURANT GROUP, INC. d/b/a Kumo Sushi; JIMMY'S SUSHI BUFFET INC. d/b/a Kikoo Sushi; and LINDSEY BUFFET RESTAURANT, INC. d/b/a Kumo Sushi, then Plaintiffs may move for a default judgment against the Corporate Defendants.

4. If Individual Defendants wish to defend themselves in these actions *pro se* (in other words,

without an attorney), then, no later than 14 days from the date of this order, they must each provide his or her address and telephone number to the Court's *Pro Se* Office, which is located at U.S. Courthouse, 40 Foley Square, Room 105, New York, New York 10007. If, within 14 days from the date of this Order, no new attorney has appeared to represent JIMMY CHEN, YUN LIN CHEN, HUI ZHAO, QUEENIE CHEN, "JANE DOE", and VERA CHEN, or they fail, alternatively, to provide their contact information to the *Pro Se* Office, then Plaintiffs may also move for a default judgment against the Individual Defendants.

IT IS SO ORDERED.

Hon. Edgardo Ramos, U.S.D.J.
April 3, 2020