UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUOLIANG LIU, ZHANGSHENG GU, JIAN LI, CHANGYING ZOU, *on behalf of all other persons similarly situated*, and RUN HUA HOU,

        Plaintiffs,

– *against* –

J.R.H. RESTAURANT GROUP, INC., *d/b/a* KUMO SUSHI, JIMMY'S SUSHI BUFFET, INC., *d/b/a* KIKOO SUSHI, LINDSEY BUFFET RESTAURANT, INC., *d/b/a* KUMO SUSHI, JIMMY CHEN, YUN LIN CHEN, HUI ZHAO, QUEENIE CHEN, JANE DOE, *and* VERA CHEN,

        Defendants.

**ORDER**

16 Civ. 6219 (ER)

---

RAMOS, D.J.:

    The parties are hereby ORDERED to file a joint status report by December 3, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   November 19, 2020
             New York, New York

                                            EDGARDO RAMOS, U.S.D.J.