TROY LAW, PLLC
*Attorneys for the Plaintiff*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

GUOLIANG LIU,
ZHANSHENG GU,
JIAN LI, and
CHANGYING ZOU,
*on their own behalf and on behalf of others similarly situated*

       Plaintiffs,

   v.

J.R.H. RESTAURANT GROUP, INC.
 d/b/a Kumo Sushi;
JIMMY'S SUSHI BUFFET INC.
 d/b/a Kikoo Sushi; and
LINDSEY BUFFET RESTAURANT, INC.
 d/b/a Kumo Sushi;
JIMMY CHEN,
YUN LIN CHEN,
HUI ZHAO,
QUEENIE CHEN,
"JANE DOE", and
VERA CHEN

       Defendants.

---------------------------------------------------------------x

Case No: 16-cv-06219

~~PROPOSED~~ JUDGMENT

The Honorable **Edgardo Ramos.**, District Judge:

  Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants J.R.H. RESTAURANT GROUP, INC. d/b/a Kumo Sushi; JIMMY'S SUSHI BUFFET INC. d/b/a Kikoo Sushi; and LINDSEY BUFFET RESTAURANT, INC. d/b/a Kumo Sushi; JIMMY CHEN, YUN LIN CHEN, HUI ZHAO, QUEENIE CHEN, "JANE DOE", and VERA CHEN, having offered to allow judgment be taken against them by consent Plaintiffs GUOLIANG LIU, ZHANSHENG GU, JIAN LI, CHANGYING ZOU, XUE LI, and RUNHUA HOU, in this action for a sum of **One Hundred Twenty Thousand Dollars ($120,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and

is not to be construed as an admission that the offeror's are liable in this action or that consent Plaintiffs GUOLIANG LIU, ZHANSHENG GU, JIAN LI, CHANGYING ZOU, XUE LI, and RUNHUA HOU suffered any damage; Plaintiffs GUOLIANG LIU, ZHANSHENG GU, JIAN LI, CHANGYING ZOU, XUE LI, and RUNHUA HOU, through John Troy, Troy Law PLLC, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated May 29, 2021, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of **One Hundred Twenty Thousand Dollars ($120,000.00),** jointly and severally against Defendants J.R.H. RESTAURANT GROUP, INC. d/b/a Kumo Sushi; JIMMY'S SUSHI BUFFET INC. d/b/a Kikoo Sushi; and LINDSEY BUFFET RESTAURANT, INC. d/b/a Kumo Sushi; JIMMY CHEN, YUN LIN CHEN, HUI ZHAO, QUEENIE CHEN, "JANE DOE", and VERA CHEN now accrued in the following installments with the following payment schedule:

1. First installment in the amount of $80,000.00 bank check shall be released/paid by the defendants or their agent to the Attorney for the plaintiffs immediately after filing the Acceptance of the Offer of Judgment;
2. Second installment through Thirteenth installment shall be due First day of every month following the first installment in the amount of $3,000.00 per month for 12 months.
3. Plaintiffs will give concession to the Final Payment of $4,000.00 if the First through Thirteenth installments have been paid timely and in full;

WHEREAS if any amounts remain unpaid, upon the aforementioned schedule, that post-judgment interest shall accrue pursuant to 28 U.S.C. 1961; and

WHEREAS upon the expiration of 90 days following the issuance of judgment, or 90 days after expiration of the time of appeal and no appeal is then pending, or 90 days following a default whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: 6/8/2021

_____
U.S.D.J.